# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TREVOR P. BENJAMIN, | : | CIVIL NO. 3:CV-13-1204 |
| | : | |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CHARLES E. SAMUELS, JR., *et al.*, | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW**, to wit, this 12th day of November 2013, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. Petitioner's motions (Docs. 7, 8) for discovery and to compel discovery are DENIED.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court